UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RENNIE LEWIS,

        Plaintiff,    COMPLAINT

  -against-    PLAINTIFF DEMANDS
           TRIAL BY JURY
LONG ISLAND RAILROAD COMPANY,

        Defendant.
-------------------------------------------------------------X

    Plaintiff, by his attorney, FREDRIC M. GOLD PC, complaining of the defendant, respectfully shows to this Court and alleges:

    1. The action herein arises under the Federal Employer's Liability Act (45 U.S.C. Sec. 51 et al.).

    2. Upon information and belief and at all times herein mentioned, the defendant was a public benefit corporation organized and existing under and by virtue of the laws of the State of New York.

    3. Upon information and belief and at all times herein mentioned, the defendant is incorporated in the County of Queens having its principal place of business in the County of Queens.

    4. Upon information and belief and at all times herein mentioned, the defendant has been and still is doing business in the County of New York, State of New York, within the jurisdiction of this Court.

    5. At all times herein mentioned, the defendant was and now is a common carrier by rail engaged in interstate commerce between different states in the United States.

6. That on or about February 11, 2022 and at all times hereinafter mentioned the defendant employed the plaintiff as a Signalman in furtherance of its business in interstate commerce.

7. That on or about February 11, 2022 and at all times hereinafter mentioned, the defendant maintained and controlled railroad operations which included the Harold Interlocking in the County of Queens, in the State of New York, including offices, tracks, rails, tunnels, switches, sidings, roadbeds and appurtenances thereto, over through and upon which the defendant operated its engines, trains and cars under its direction and control.

8. That on or about February 11, 2022 and at all times hereinafter mentioned, while the plaintiff, as an employee of the defendant, was in the performance of his duties as a Signalman at or near the aforesaid location, he was caused to sustain severe and disabling injuries as a result of the negligence, carelessness and recklessness of the defendant in failing to provide him with a safe place in which to work as hereinafter set forth.

9. That on or about February 11, 2022 and at all times hereinafter mentioned, the plaintiff was caused to sustain severe injuries to his right ankle while walking on uneven, broken and hazardously unmaintained surface along the tracks in the Harold Interlocking.

10. That said accident and resulting injuries to the plaintiff were caused solely by reason of the negligence, carelessness and recklessness of the defendant, its agents, servants and/or employees' in failing to exercise due care and diligence; in failing to provide plaintiff with a safe place to work and safe equipment with which to work; in failing to promulgate safety rules and procedures for activities carried out by their personnel at the aforesaid place; in failing to warn plaintiff of the existence of the dangers involved in the performance of his duties as a Signalman; in failing to inspect and maintain walking surfaces in the Harold Interlocking in a safe and hazard free

manner; in failing to repair walking surfaces in the Harold Interlocking when it was known they were hazardous.

11. That the said injuries were incurred while the plaintiff was acting in furtherance of interstate commerce, or in work substantially affecting the same.

12. That the plaintiff was damaged in a sum in excess of SEVENTY-FIVE THOUSAND ($75,000.00).

WHEREFORE, plaintiff demands judgment against defendant THE LONG ISLAND RAILROAD COMPANY, in a sum in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) together with costs and disbursements.

Dated:   New York, New York
         September 20, 2022

>                       FREDRIC M. GOLD, PC
>                       Attorney for Plaintiff
>
>                       By: Fredric M. Gold (3286)
>                       450 Seventh Avenue
>                       New York, New York 10123
>                       212.244.2740

To:   Long Island Railroad Company
      Legal Department
      Jamaica Station
      Jamaica, New York 11435

3