LAW OFFICES
# FREDRIC M. GOLD PC
A PROFESSIONAL CORPORATION

FREDRIC M. GOLD

LAURIE HOCKMAN
LEGAL ASSISTANT

450 SEVENTH AVE., SUITE 1308
NEW YORK, NEW YORK 10123
212.244.2740

FAX 212.244.2258
www.myrailroadlawyer.net
fredricmgold@verizon.net

Via ECF

November 22, 2022

Hon. Robert W. Lehrburger, USMJ
United States District Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2022

Re:   22 cv 08016 (VSB)(RWL)
      Lewis v. LIRR

Dear Judge Lehrburger:

This letter is submitted after the parties have conferred with regard to the pre-settlement conference scheduled for Monday, November 28, 2022.

Although the parties have a long history of working together resulting in successful negotiation, we feel this conference is a bit premature and are respectfully requesting that both this conference and the settlement conference scheduled for December 22nd be adjourned for thirty days so that we have time to accomplish what we feel is necessary in order to engage in a meaningful discussion.

There have been no previous requests for this relief and the parties believe that these adjournments will permit a far better use of the parties' and the Court's time and effort.

Your consideration of this request is most appreciated.

Respectfully,

Fredric M. Gold

cc:   Christopher P. Yodice, Esq. (Via ECF)
      LIRR Law Department

The request for adjournment is granted and the date will be rescheduled.

SO ORDERED:

11/23/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE